Dismissed and Opinion filed November 21, 2002









Dismissed and Opinion filed November 21, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00681-CV

____________

 

ROBERT J. WALKER, Appellant

 

V.

 

WILLIAMS, CUPPLES & CHAPMAN, L.L.P.,
JAMES D. CUPPLES, and BRIDGET CHAPMAN, Appellees

 



 

On Appeal from the 234th District Court

Harris County, Texas

Trial Court Cause No. 01-00461

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 9, 2002.  On August 8, 2002, this Court ordered the
parties to mediation.  On October 24,
2002, the parties notified this Court that the case had settled in
mediation.  On November 14, 2002,
appellant filed a motion to dismiss the appeal with prejudice.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

 








Judgment rendered and Opinion
filed November 21, 2002.

Panel consists of Justices Yates,
Anderson, and Frost.

Do Not Publish C Tex. R. App. P. 47.3(b).